**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| DAARON A. HARRIS, | ) |
|    Petitioner, | ) ) ) |
| v. | )   No. 1:19-CV-00190-NCC |
| JASON LEWIS, | ) ) ) |
|    Respondent. | ) ) ) |

**MEMORANDUM AND ORDER**

This matter is before the Court upon Petitioner Daaron A. Harris' First Supplement to Original Habeas Corpus Application (Doc. 21). Petitioner's filing, totaling 166 pages, appears to add and expand upon his original Petition. This is Petitioner's second attempt to supplement the record. The Court previously permitted Petitioner to supplement the record with what he termed "newly discovered evidence" which consisted of medical records from the fall of 2011 regarding surgery on his hand and a limp (Doc. 12). At the direction of the Court, Respondent addressed these records in his response to the Court's show cause order (Doc. 14 at 12). Petitioner has also filed a reply brief in support of his Petition (Doc. 19). Supplements, however, are not recognized pleadings under Rule 7(a) of the Federal Rules of Civil Procedure and the Court will therefore strike the filing from the record. The Court does not accept amendments to the pleadings through supplements, declarations, notices or other piecemeal amendments. *See Popoalii v. Correctional Medical Service*s, 512 F.3d 488, 497 (8th Cir. 2008). Although Petitioner is proceeding as a self-represented litigant, he must comply with Court Rules and directives.

   Accordingly,

**IT IS HEREBY ORDERED** that Petitioner Daaron A. Harris' First Supplement to Original Habeas Corpus Application (Doc. 21) is **STRICKEN** from the record.

Dated this 8th day of October, 2020.

    /s/ Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE